121 A.3d 384

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. GARY
LUNSFORD, DEFENDANT–RESPONDENT.

June 5, 2015.

It is ORDERED that the motion for leave to appeal is granted.